# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 12, 2018

## NO. 03-18-00023-CV

**Shelby H. Rumfield, Jr., Appellant**

**v.**

**American Express Centurion Bank, Appellee**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
DISMISSED FOR WANT OF PROSECUTION—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on December 4, 2017. Having reviewed the record, the Court holds that Shelby H. Rumfield, Jr. has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.